## Commonwealth *v.* Wilson, Appellant.

Before KING, J., without a jury. Argued December 8, 1975. *Norman Ackerman,* for appellant; *Mark Sendrow,* Assistant District Attorney, with him *Barry H. Oxenburg* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Young, Appellant.

Before GRIFFITH, J., specially presiding. Submitted November 17, 1975. *Samuel F. Rizzo,* Assistant Public Defender, for appellant; *Ralph F. Kraft,* Assistant District Attorney, and *Caram J. Abood,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Young, Appellant.

Before WESSEL, JR., J. Submitted November 17, 1975. *Lester G. Nauhaus* and *John R. Smith,* Trial Defenders, *John J. Dean,* Chief, Appellate Division, and *Ralph J. Cappy,* Public Defender, for appellant; *Louis R. Paulick, Robert L. Eberhardt,* and *Charles W. Johns,*